UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID B. STODDARD, </br></br>Petitioner, </br></br>v. </br></br>GARY RODEN, </br></br>Respondent. | Civil Action No. 11-10448-NMG |

REPORT AND RECOMMENDATION ON
PETITION FOR WRIT OF HABEAS CORPUS

April 5, 2012

BOAL, M.J.

On March 16, 2011, David Stoddard ("Stoddard"), who is currently incarcerated in a Massachusetts correctional facility, petitioned this Court for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, as amended by the Anti-Terrorism and Effective Death Penalty Act of 1996 (AEDPA) ("Petition"). (Docket No. 1). The Respondent, Gary Roden, opposes the Petition. (Docket No. 12).

In his Petition, Stoddard argues that he received ineffective assistance of counsel because, without consulting Stoddard, defense counsel promised in his opening statement that Stoddard would testify and then advised Stoddard not to testify after the conclusion of the Commonwealth's case "even though nothing had occurred during the Commonwealth's case to justify retreating from this promise to the jury." Petition, p. 5. For the reasons set forth below, I recommend that the District Judge DENY the Petition.

-1-

*Report and Recommendation accepted and adopted.* /s/ NMGorton, USDJ 5/16/12